Richard LEONARD, Respondent/Cross–Appellant,

v.

NOVACARE, INC., Employer/Cross–Respondent,

and

Liberty Mutual Insurance Company, Insurer/Cross Respondent,

and

Treasurer, as Custodian of the Second Injury Fund, Respondent.

No. ED 89426.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 6, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 7, 2008.

Application for Transfer Denied Feb. 19, 2008.

John F. Sander, O'Connor & Rouse, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael T. Finneran, Assistant Attorney General, St. Louis, MO, for Respondent Treasurer, Custodian of the Second Injury Fund.

John D. Schneider, St. Louis, MO, for Respondent/Cross Appellant.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Novacare Inc. ("Employer") and Liberty Mutual Insurance Company, Employer's insurer, appeal from the decision of the Labor and Industrial Relations Commission ("Commission") awarding Richard Leonard ("Claimant") workers' compensation benefits. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).